# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
                          )
    v.                    )    1:13-CR-00227-AWI-BAM
                          )
                          )
JAVIER GOMEZ-CACHU

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
         (**X**) Ad Prosequendum                                    ( ) Ad Testificandum.
Name of Detainee:          JAVIER GOMEZ-CACHU
Detained at (custodian):   WASCO STATE PRISON

Detainee is:   a.)   (**X**) charged in this district by:
                     (**X**) Indictment          ( ) Information          ( ) Complaint
                     Charging Detainee With:  **8 U.S.C. § 1326(a) and (b)(2) Deported Alien Found in the United States**

    or     b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   (**X**) return to the custody of detaining facility upon termination of proceedings
    or     b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:/s/Mia A. Giacomazzi
Printed Name & Phone No:MIA A . GIACOMAZZI/ 559-497-4000
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
         (**X**) Ad Prosequendum                                    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

   July 12, 2013                                    /s/ Gary S. Austin
Date                                              United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____          Male X    Female

Booking or CDC #:  AN6800                         DOB: _____

Facility Address:ReleRe   Release Date: 07/22/2013    Race: _____

                                                  FBI #:  64754MA2

Facility Phone: _____

Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on _____ by _____
                                (Signature)

C:\WINDOWS\Temp\notes101AA1\Writ GOMEZ.wpd
Form Crim-48                                      Revised 11/19/97